UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS FREY, | ) | Case No. EDCV 09-1863 DOC(JC) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| DAWN DAVIDSON, | ) ) | JUDGE |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1	IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2	Report and Recommendation, and the Judgment herein on petitioner and counsel
3	for respondent.
4	LET JUDGMENT BE ENTERED ACCORDINGLY.

6	DATED: February 24, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE