UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS FREY, | ) Case No. EDCV 09-1863 DOC(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DAWN DAVIDSON, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 24, 2011

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE